IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| AARON TOBEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:11cv154-HEH |
| JANET NAPOLITANO, et al., | ) |
| Defendants. | ) |

### AGREED ORDER AND FINAL JUDGMENT AS TO FEDERAL DEFENDANTS

Upon stipulation and agreement of the plaintiff Aaron Tobey, and his attorneys, and Rebecca Smith, Terri Jones, and Jane Doe, in their individual capacities, and Janet Napolitano and John S. Pistole in their official capacity, as defendants in this action (collectively, the "Federal Defendants"), and their attorneys, the Court's Agreed Order and Final Judgment in this action as to the TSA Defendants shall be upon the following terms and conditions:

WHEREAS, Aaron Tobey brought this action against the Federal Defendants and certain other state defendants as a result of the alleged interference with his display of the text of the Fourth Amendment of the U.S. Constitution at the Richmond International Airport Terminal on December 30, 2010, and his subsequent arrest and detention; and

WHEREAS, the Court previously dismissed all claims against certain Federal and state defendants in their official capacities on August 30, 2011, leaving for adjudication the remaining claims against the Federal Defendants in their individual capacities and certain state defendants in their individual capacities; and


RECEIVED JUL -5 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA.

WHEREAS, on June 10, 2013, the Court entered and Agreed Order and Final Judgment as to Capital Region Airport Commission Defendants dismissing all claims against the state defendants and leaving for adjudication the remaining individual capacity claims against the individual Federal Defendants; and

IT BEING REPRESENTED by the endorsement of this Agreed Order by counsel for Tobey, that all claims raised by plaintiff's Complaint, First Amended Complaint, and Second Amended Complaint against the Federal Defendants have been satisfied and settled,

IT IS HEREBY ORDERED, DECLARED, ADJUDGED AND DECREED that all claims in this action against the Federal Defendants are dismissed with prejudice, each party to bear its own attorneys fees and costs.

IT IS SO ORDERED:

/s/
United States District Judge
Henry E. Hudson

Richmond, Virginia
Date: July 9, 2013

WE ASK FOR THIS:

James J. Knicely (VSB #19356)
Robert Luther III (VSB #78766)
KNICELY & ASSOCIATES, P.C.
487 McLaws Circle, Suite 2
Williamsburg, Virginia 23185
jjk@knicelylaw.com

Anand Agneshwar (admitted *pro hac vice*)
ARNOLD & PORTER, LLP
399 Park Avenue
New York, New York 10022-4690
anand.agneshwar@aporter.com
John W. Whitehead (VSB #20361)
Douglas R. McKusick (VSB #72201)

2

#95971

The Rutherford Institute
1440 Sachem Place
Charlottesville, Virginia 22906

Participating Attorneys for
THE RUTHERFORD INSTITUTE

*Attorneys for Plaintiff Aaron Tobey*

_____
NEIL H. MACBRIDE
United States Attorney

ROBIN P. MEIER
Virginia State Bar No. 65825
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: robin.p.meier2@usdoj.gov

STUART F. DELERY
Acting Assistant Attorney General, Civil Division

RUPA BHATTACHARYYA
Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

JAMES R. WHITMAN
Senior Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044-7146
Tel:   (202) 616-4169
Fax:   (202) 616-4314
E-mail: james.whitman@usdoj.gov
D.C. Bar No. 987694

*Attorneys for the Federal Defendants*